608

ALLISON *v*. INDIANA.

No. 696.   Decided March 27, 1961.

*William C. Erbecker* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.

FLORIDA EX REL. ISRAEL *v*. CANOVA ET AL., FLORIDA BOARD OF PHARMACY.

No. 697.   Decided March 27, 1961.

*Robert H. Givens, Jr.* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.